**Order entered November 17, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01218-CV

### IN RE TINA CHAPMAN AND VINSON CHAPMAN, Relators

### Original Proceeding from the 302nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-14-07021

### ORDER
Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of today's date, we **STRIKE** relators' Petition for Writ of Mandamus, including its appendix; we **STRIKE** relators' Amended Petition for Writ of Mandamus, including its appendix; and we **DENY** relators' Amended Petition for Writ of Mandamus.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE